United States District Court
Middle District of Florida
Jacksonville Division

FILED
2007 APR -4  AM 9:49
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Susan, Ethan and Christopher        3:07-cv-267-J-20TEM

V

United States
George Bush, the person
Kick G. FBI Albany
J Migglin
Linda Griffin
Leslie Ortiz
Alanna McMullen
Randy Cale
Gerald Cooke
Dr. Andrejicka
Arnold Weinstein
Sanford Finkle
Charles Herbert
Daphne Herbert
Catherine Murphy
Garrett Murphy

David Austin
Cade Austin
David F. Quinones III
George Pataki
Jeb Bush
Dick Cheney
"Will" Supreme Court clerks office

complaint
injunctive relief sought
trial by jury

Susan
1100 Seagate Ave #101
Neptune Beach, FL 32266

This case is an emergency as I and my children are the victims of abuse. Custody has been awarded to an abusive third party after kidnapping in violation of UCCJ was made legal by order of the court.

I, Susan, claimant, can and will prove that the office of the president, the office of the vice president, the Supreme Court, the Congress, the United States Navy, the attorney general of the United States, the Justice Department, the FBI, the office of the governor, the legislature of the states, the state police, the district court, the local municipal police, private business, the Democratic Party, the Republican Party and the other citizens who are the government, have discriminated against me as a person who is a woman and that they have acted against me or have failed to act and that no agency or person charged with the duty to protect me or my children has ever done so.

I can and will prove that my civil and human rights have been violated and that I have been illegally and against the law stripped of my rights or never accorded my rights and that among these rights are:

Life, liberty and the pursuit of happiness, or, the rights both written and implied, or inherent in the Declaration of Independence and the Constitution of the United States of America and later defined by the addition of the other amendments and the decisions of the Supreme Court.

I, Susan, can and will prove that these institutions, agencies and offices, and the citizenry, are now corrupted by this discrimination, and living it as belief and that belief is that women and children are less, are to blame, are mentally ill, are on drugs or defective in some way or must be made to become and then remain victims; and that no institution, agency or single person has come forward and been accountable and then responsible, and acted to end this unlawful practice and this corruption; and that instead, the office holders, the elected and appointed officials and the uniformed citizens, have continued this insidious cycle of placing blame and feigning ignorance of the situation and the law, or have accepted the feeling and idea of rendered helplessness and powerlessness that is thrust upon them, for reasons unknown to me.

This is evidenced by their failure to create law, uphold existing law, execute the duties of their respected offices or their mandates effectively, and by the failure of the citizenry to vote.

I, Susan, can and will prove that this then caused the election of persons unfit to hold office and that then this mistaken belief of women as less or victims, unlike economics, did trickled down to the citizens and then caused physical violence to escalate in this country while the human quality of emoting love, kindness and compassion, for one's self first and foremost, and expressed through the exertion of will, previously respected and honored, and even mentioned in the Declaration of Independence and inherent in the Constitution as "the pursuit of happiness" was discarded almost completely; and the emotional violence of anger, hatred and resentment, along with the idea of placing blame, was allowed to fester unchecked so that crimes were committed against my person; and that this culminated with the award of custody of my children to an abusive third party and their accessories – one of whom perpetrated the very first transgression of my personhood – and then continued as no government entity or lone citizen could or would assist me to right this injustice; and that then I was barred entry to the lower courts in Florida on January 4th and then discriminated against as a person who was a woman by the office of the clerk of the Supreme Court and the United States Navy on February 28th, 2007, when I was prevented from petitioning the Court as it is humanly impossible for me to do so without causing harm to myself, and as my existence, and that of my intellectual property, was questioned and then not believed; and as I was barred entry to a military court of law as the Navy has knowledge of me and is of the belief, as it was spoken to me, that I will win the day if an adversarial hearing is held and that Congress will then be called upon to act against the citizens or by the mobilization of the military against the citizens.

I, Susan, can and will prove this is a possibility that is dangerously close to becoming real as evidenced by the current state of the nation and its citizens, as we are at war, and as only persons who are white males have held the combat position of commander and chief; and that the upcoming election has two contenders who are either not white or not male, and as history has shown us once before during the civil unrest following the Brown decision in 1954 and during the Vietnam war, an action that was against the law, and in which our involvement began at or around the time of the Brown decision.

I, Susan, can and will prove that none of the people currently in the running for president are as fit to execute the duties of this office as I am, and that to my knowledge, none of these people has acted on my

behalf, or on the behalf of my children, by fulfilling the duties or the mandate of the respective offices they currently hold as evidenced by the current president and current chief justice having not been made to act and create law or stand aside; nor have I heard these persons call for a vote to impeach the person who is president; and as these people have knowledge of past crimes committed by elected or appointed officials, namely, the obstruction of justice, the unequal protection of our law, violations of due process and several other rights, and have knowingly and willingly participated in these crimes as evidenced by the failed impeachment of William Clinton, the evidentiary hearing regarding weapons of mass destruction that voided the Congress' declaration of war, the midnight passing of the Patriot Act, their tolerance of the numerous abuses of this Act by the FBI, their vote to severely limit the number of troops and to limit the funding for the war, and their refusal to be accountable and responsible for their actions and instead blame the person who is president or each other.

I, Susan, can and will prove that I would not stand here today if any of these persons, or a person within any of the three branches of government, or one citizen alone, had acted and had fulfilled their oath of office or their duties as a citizen, as it would then be impossible as the facts of my life would not be as they are.

I, Susan, can and will prove that the situation I find myself in is not the fault of one person, the person who is president, or of many persons, the individual members of Congress and the justices, but is the collective fault of every person who has been a willing victim and/or tolerant of the made legal discrimination of women and thus have become corrupt themselves as their hearts have broken and their will has been contained; so that no other citizen, that I am aware of, has felt the words of Madison, Jefferson, Franklin, Paine, or Adams; and no other citizen has felt John Jay and John Marshall weeping, and been made to feel as if they must embark upon a mission in order to find the clues the framers left for us, and in so doing, discover themselves, and discover that the myth of a national treasure buried by these men is not myth, but the proof of life.

I, Susan, can and will prove that I am that national treasure, as are my sons, and so is every other citizen of the government of the United States of America.

I, Susan, can and will prove that a person who is a woman or a child, must dig wider, not deeper, and that a person must dig deepest within themselves as it is the digging that is the forgiveness and will then enable and empower that person and then other persons, the citizens who are the government, to rediscover their own hearts and reclaim their will, and then realize this will as the next three hundred years of just government, and thus, re-establish this justice as domestic tranquility, and re-ordain this government for posterity.

I, Susan, can and will prove that it is not our geographical location on the planet that makes us American, nor a piece of paper hanging on the wall in the Smithsonian that makes us American, nor the physical beating of our hearts that makes us American, but rather the sliver of time and space between those beats – our ideas about ourselves and our country, and that is our will realized as government in this world, or our internal constitution – that makes us American.

I, Susan, can and will prove that to be American is to know the power of one and to possess the will of many, and that the tragedy of my life is also my great hope as I stand alone.

I, Susan, can and will prove that I while I may stand alone, I am the person who represents every single American alive today, or that ever lived, and that I am the fulfillment of the dream of the founders that they feared would never be realized as they died uncertain that this government could and would survive as it was the first of its kind, and as it depends on the continued, active participation of its citizens as voters and law makers, and judges of ourselves only, and upon the civil protestations of the citizens.

I, Susan, can and will prove that the form or model of the United States government, a government of the people, by the people, and for the people, is on the precipice of its next great phase and that we, the current citizens, are the patriots who will make the great compromises of this United States government in this place and this time.

I, Susan, can and will prove that I am the person who now sits in the office of the president, having _legislative branch_ exhausted the executive branch of the government and the judicial branch of the government, and having _as it failed to_ already proved my case, stood aside John Roberts and George Bush, in order to act as president, and I _act,_ demand that Congress convene and act immediately to begin debate that will be the end the made legal discrimination and victimization of women and children, and thus act to make the citizenry whole.

I, Susan, can and will prove that the persons George Bush and John Roberts, the Supreme Court justices, the members of Congress, our uniformed military personnel and the other citizens do not know something, and that as we are a young country, and as youth is the time a person is supposed to make mistakes and learn from them, that this failure to act is a mistake; and as this is the first time this has happened, that this mistake is avoidable for all time if the citizens can be made to understand what they do not know and in so doing, bury a national treasure for the generations, or that one person who will act, and that is by leaving these future citizens clues of themselves.

I, Susan, can and will prove that the citizens must do one thing and that is: know themselves and live their truth, and then act courageously and bravely and if necessary, volunteering for service by voting and running for office so that we might convene a new Constitutional Convention and rid ourselves of the protections and limits upon democracy that are no longer needed, or that have evolved to our detriment, as we have proven by living our history; a history which will be 220 years old as we know it under the law, as Delaware became the first state to ratify the constitution on December 7th, 1787.

As immediate injunctive relief, I demand that I be awarded sole physical and legal custody of my children, Ethan and Christopher, and that I be granted mandamus to speak to the person who is president as the peer of this person and every other citizen, so that I might inform this person of the knowledge that I have which I believe is vital to our country, that all combat positions in the military be opened to women, and that women be granted equal protection under our law.

As further injunctive relief, I ask that it be made possible for me to address the Congress and the Supreme Court so that I might make my case in accordance with our law and so that I might inform the people, and further, that Wal-Mart be ordered to NOT build in Neptune Beach or to begin building or to continue building in the whole United States, that I be placed on the 2008 presidential ballot in each state, that the Democratic and Republican parties be made to end their illegal activities, that other parties be certified and allowed on the ballots in the states for all elections and that I be granted a judgement of three billion dollars; and I ask that a date be set for trial by jury as it may be necessary in order to make these orders permanent and to grant other remedy and relief.

(one billion per person per year or, 3 x 9 = 27)   see next page

And that the means be provided to institute a suit against Chinese government and other governments that are not truthful regarding the United States & the US citizens who are the government, and who are not truthful about themselves and each other.

My mother be granted an honorary high rank in the army and that she be given a pension as the military discriminated against her as a woman and refused her entry into the reserves to prevent her from entering at such a high rank as she was an experienced nurse, and then told an untruth and blamed it on the institution she received her four year nursing diploma from by citing accreditation although it did not exist then and that;

I be given issued a driver's license, a passport, and a birth certificate in the name of Susan Sojouner Dare for: Susan B. Anthony, a person and a woman who fought for the emancipation of all citizens through the securing of the right to vote for women and freed herself but died not wholly liberated; and for Sojouner Truth, a person and a woman who learned to read and write and freed herself but died not wholly liberated, and for Virginia Dare, a person and a woman and whose birth was recorded as the first of white European descent and died lost, never having had the chance to free herself and died not wholly liberated; and for the Natives of this land, especially the Sioux in the west and the Iroquois in the east, persons, male and female who were here before us and whose history is a leap of faith for some but not for this person: Susan, who was given that name at birth, and who was conceived during an Easter vacation in the oldest city in America, St.Augustine, and who was born into the world in the month of December, symbolized by the stone turquoise, in the hometown of Uncle Sam and who witnessed sea turtles come into this world on a beach named Neptune and encouraged them towards the ocean so they could live, wholly liberated and hopeful – as do I.

Lastly, as I must place a price, a dollar amount on our lives and our persons, and as I am suing the federal government, and the governments of three states, local municipal agencies, a private institution, and a large private company as well as citizens who committed crimes against me and a foreign country, I ask that ~~nine~~ three billion dollars, after taxes, be awarded to myself and each of my children and I state that no amount of money can and will ever return to us the nine and a half years of our lives spent apart and that no amount of money will make up for my talents, my skills and my thinking, or, for my person, that, for the most part, went unused and unexpressed for thirty five years.

*[handwritten:]* 3 billion per person per year
3 × 9 = 27 billion

Amended 4/3/07: Suing for damages of:
the exact amount of our national deficit
plus 27 billion dollars.

I, Susan, a citizen of the United States, can and will prove Wal-Mart is guilty of violating my civil rights and discriminating against me as a woman, and of emotionally abusing and mentally battering me and that;

Wal-Mart has been the respondent in numerous civil and human rights violations in this country and that;

It has been found guilty of discriminating against women in the past and that it is currently fighting other such lawsuits and that it discriminates against women with full knowledge and that;

Wal-Mart suppliers produce most of the goods sold in its stores in China and that Wal-Mart itself does business in China and then funds a communist regime and that;

Wal-Mart is expanding operations in China and has allowed the communist party to establish headquarters in its stores and that;

I have been raised to believe the United States of America will not support any government that is communist or violates human rights and that as communism is a philosophy that robs a person of their will and their liberty and thus robs the citizens of their power and that as communist countries advocate the overthrow and destruction of the government of the Untied States of America which is the citizens and that;

The citizens of the United States have begun to believe the propaganda the Chinese government diseminates to the American public and the world and that this appearance, the idea that all Chinese citizens are acting upon their will and have equal opportunity is false and as;

Wal-Mart threatens and then forces communities into litigation and that community leaders and residents feel as if they have no choice and but allow Wal-Mart to build even when residents vote NO and that;

I have suffered Wal-Mart moving into my community in Rosedale, MD and have been a victim of the destruction this company brings to a neighborhood and that I have suffered my husband working for this company and that he was affected by this company's discriminatory practices and low wages and that;

The town board of Neptune beach led me to believe it would vote NO and then changed its vote to yes without warning and as a member of the board, a female, admitted on television that it was the threat of litigation that changed the boards vote and so;

I ask that the court issue an emergency injunctive order to prevent Wal-Mart from building in my community, Neptune Beach, FL, and the whole United States and that Wal-Mart be ordered to pay all its employees ten dollars an hour and offer them healthcare coverage and that;

As further remedy and relief, I ask for a controlling interest in this company as its owners and operators have told court after court in this country that they have the ability to obey our laws and so, I conclude, must be knowingly and willingly choosing to violate the laws of this country and have proven themselves unfit to continue to own and operate this company and that; as these practices began after the death of Sam Walton, his children who are his heirs, should not operate this company as they are accountable and responsible+ and I ask that a date for trial by jury be set.

*for their illegal practices*

I understand that I may not be able to hold some of these persons liable under our law:

Chief Justice of the Supreme Court
John Roberts
Justices of the Supreme Court
Thomas and Scalia
The office of the president
The office of the vice president
George Bush, the person, possibly for January 3rd event
Bill Clinton, individually
The Armed Forces
The Navy, specifically
JAG of Naval Station Mayport, specifically
Bob M., JAG individually
Dick Cheney, individually
Al Gore, individually
The office of the Attorney General of the United States
Alberto Gonzales, individually
The Departments of Health and Human Services, Justice, Education, et. al.
Leon Panetta, individually
The FBI
Albany satellite office
Rick G, individually
Jacksonville satellite office
The Senate, specifically members from 1992 –
The Legislature, specifically members from 1992 –
The office of the Governor, or states of NY, PA, SC and FL 1999 –
Jeb Bush, individually
George Pataki, individually
Charles Christ
Elliot Spitzer
Persons who held the office of governor of PA
The office of the State Attorneys General of NY specifically 1999 –
The New York State Court of Appeals Bench 2000 –
The New York State 3rd District Court of Appeals Bench 2003 –
J. Migglin, individually
Child Protective Services
The New York State Child Abuse Hotline
The Counties of Duval, Philadelphia, Albany and Renneselaer
The Department of Children and Family Services and Social Services of Duval, Philadelphia, and Renneselaer Counties 1995 –
The Court of Common Pleas, Philadelphia 1998 –
Judge Fox
Judge Zalewski, individually
Thomas Feerick, individually
The Family Court of Renneselaer County and other county courts, et al. 1999 –
Judge Linda C. Griffin, individually
Leslie Ortiz, individually
Alanna McMillan, individually
The Cities or Towns of Neptune Beach, Troy, Albany, Philadelphia, Jacksonville
The Jacksonville sheriff's department 1995-1996 and current
The Neptune Beach police 2005 –
The New York State Police at Albany 1999 and current
Dr. Gerald Cooke, individually
Dr. Randy Cale, individually

Dr. Ondrejicka, individually
Arnold Weinstein, individually
Sanford Finkle, individually
Greg Rinckey, individually
Charles and Daphne Herbert, individually
Garrett and Catherine Murphy, individually
David and Catherine Austin, individually
David F. Quinones II and III, individually

MHRL
Democratic
＋ Republican political parties

People's Republic of China, et al

This is not an argument for the equality of women as women have always been equal to each other and to other human beings, or men, in that it is the potential of a human life that is equal – if given a chance to achieve that potential. It is my argument for our equality to be recognized by written law and in conjunction with the unique ability that belongs only to humans and separates us from the other animals: the ability to feel and emote; to think and then act; that is, the ability to inspire. This is an argument for the human as a whole and against the idea, now made real in this country, that emotions and feelings are not seen and therefore do not matter, and are not human and that nothing separates us from other animals. The heart of a human beats as does the heart of any animal; it is not what we see in the beating of a heart that is the difference but what is unseen in the sliver of time and space between the beats of our hearts that is to be human.

I am not, nor ever was, part of any action in the courts of the United States taken on behalf of humanity under the guise of equal rights for women, nor would I choose to do so willingly. Equal is defined in mathematics as absolute; in science, as absolute; and in government it must be absolute. Government must be absolute is my philosophy and my words must be exact. I am absolute in this:

All humanity is created equal. While some may be made vulnerable by the law, no human being is created or made vulnerable by nature at creation, as the very idea of a life never born into this world may exert more will than the already living. Our great potential exists at creation and continues, unabated, even beyond death. To believe some among us on this planet are not able and capable to very extent of the ones we reason to be the most able and capable is to have a mistaken belief of our own selves. It is to have the belief that we can reason human beings when it is our own ideas and our own thoughts we reason. Some humans may appear to soar and some not; it is not a matter of potential but a matter of being given the chance, or to be accorded the opportunity to wholly realize our great individuality as a human being.

The law of this land has always made persons who are female and persons who are children vulnerable. At birth, nature makes us all vulnerable; as we grow that falls away as at eighteen we are made equal by written law. Only one class of persons remains behind, dragging behind them the heavy chains of another persons thinking and that is women, or persons who possess the human quality of female; persons who are female by nature at birth. Women are still made by law to be vulnerable because other persons - historically men but today other women - violate us physically and mentally, or conspire with those who will violate us. The law has not offered women equal protection and the perpetrators of such crimes are rarely punished. The perpetrators of such physical violence and emotional violence, which we call domestic violence, rarely are punished as they should be and are mostly allowed to continue to victimize us. The law has never offered us true remedy and relief, and does not today. So it is the other women who are becoming victimizers and becoming physically and emotionally violent, even sexually violent, as they feel forced to become so in order to survive, or, to create opportunity for themselves. Today it is not just males harming us; we are killing each other and our children; we are taking our children with us as we drown in this turbulent emotional whirlpool that sucks us under with the violent snap and crack of our very hearts and bones.

To date, we have behaved ourselves when we should be rising en masse and demanding that the written law change and so too must the thinking of the people who administer the law as judges. We must demand absolute liberty for ourselves and argue on behalf of ourselves as the only class of people still denied the same chance as persons who are male to achieve our full potential as human beings under our law, and we must not succumb to the idea that our thinking is what must be changed; for there was nothing wrong with our thinking until the law waited too long and failed to act and then the idea of powerlessness fell over us, and the feeling of it came upon us, and to change our circumstances seemed impossible.

The law has perpetuated this by legislating that what is an intrinsic part of being human, or the human quality itself, that of being male or female, is a condition of our humanity; this is an excuse, a way to make some of us vulnerable by law when nature has let go, and an excuse to keep our will in check; a way to impose upon us the idea of ourselves that we are less than by forcing us to become victims or remain victims. It is an excuse for the law to fail to provide us relief or remedy, and when none exists, refuse to

change the laws. It is a way to tell an untruth, that it is about our children when it is not – it is the reason of money, and it is about who we are. The danger is for us to believe we are less, that we are to blame, that it is us or it is our children; to believe that we can not decide our own lives or decide for our children is deadly.

Perhaps our first and only mistake was to not choose our words carefully enough. "Sex" is not female or male; it is to combine and then divide; it is both and never one alone. "Liberty" is not freedom; it is to set free; it is the act. "Equality" is not equal as in exact; it is to be made level or smooth. Human beings have qualities; there is not a condition that makes a person become a human being or, more human or less human. A human being is, as I am.

Humanity, the state of being human is that of male and female, and nature does not make either of these qualities always and forever weaker or vulnerable; the idea of woman or female always being vulnerable and in need of protection is a man-made one. It is a created belief. It is the belief that woman needs more protection and it is lived out as victimization by then according her and her children less protection. Modern humans have lived this belief for so long that even countries that once attempted to live differently have not been successful as the world did not follow. They too have succumbed to the idea that to be a human on earth means onequality of humanity, female, is to be defective - not as smart, not as capable, not as intelligent; and to be all those things, to own those things, even what society would call our defects, is then to become a threat, or to be seen as a female who is dangerous.

The danger is the rising tide of violence – physical and emotional – and the pretense of ignorance we wear so as to not be counted among the guilty and then held accountable and responsible for this violence among us. We are all guilty. A "domicile" is a home, and our home is the heart, and our collective heart is the United States of America and America has dug its grave to find its heart is beating in the dirt. We are still alive and we will thrive yet again if we can be made to understand this one thing: the digging is the forgiveness, and our challenge is that we must dig wider, not deeper.

I am a person who chose to live my life in liberty, seeking to embrace my own greatness and thought I did so. I chose to live pursuing happiness. But did I? Did I live my life as I chose and was I liberated? Was my mind ever free and my will, my idea of myself in this world,ever realized? Today I know that I did not for I had a mistaken belief of my own and that was that others believed me to be their equal and then treated me justly. Today I know the answers to my questions; I did not, it was not so. I did not have a life but only lived, and lived untruthfully as I was living others mistaken beliefs of me as less than or too much, with the feeling of forever being different experienced as a pain so great I was incapacitated at times. To realize this only now is stunning.

I am not broken and without hope however; my spirit survives in my heart and mind, clear and present as ever, and if hope is what keeps me from breaking then I must create it where none exists and try this one last thing I know to do or I must leave my country, for I know that unless the law changes and the word becomes humanity instead of men, the way and manner with which we live under the law will be our death as a people and already, we are ripped apart at the seams of our hearts and we are dying.

To witness this great experiment in government flaming out after so bright a burn is saddening, and it is a situation that the founders would never accept in their own time – for themselves least of all. I must ask, am the last or the least among you? Am I the last patriot, or the least patriot among the modern day patriots? Or I am I the first of those who will come after? I can not conclude that I am the last until I make my last attempt or until I assist the final attempt of another citizen, or until the law prevents me. When the law prevents me from doing so I must find another country, and never did I think I would come as close as this; never did I think I would create the law or abandon my country because of the failure of the other citizens to act on their own behalf, and, while I always expected to stand on my own, never did I think I would feel so alone.

To stand alone I had to walk the trail of tears of the first Americans, and wear the chains of the enslaved Americans; I had to dig my own grave to find my own heart beating in the dirt. I had to set a wide new course in my soul and begin a journey deep into myself and then go beyond, across the continent and to the

edges of the oceans, seeking hope reborn. I had to sit alone on the sand of Neptune, my head as full of stars as the night sky and I had to decide. And so I stood; steady and constant, the power of one with the will of many. I knew that I was the proof of the patriots who had come before and I would come after and would come again; I knew a national treasure beat inside my own chest unseen, and that made me an American. I knew then that my descendents would ride past moons and planets and that we were not living the myth of the fingerprints of our founders but we were living history and so, we are the proof of life.

We, who come last, bring with us those made vulnerable by nature; and the children. We who come last bring our truth and the rest. We are the women.

Susan, *a person who is a woman*
February 28th, 2007

Jurisdiction

The complexity of my case and the importance of the issues presented demand that it be heard by the Supreme Court of the United States, but as one of my claims is that this court acted against the law and discriminated against my person as a woman and is no longer independent, I ask that this federal court hear me instead and that the decision of this court be honored by the person who is president with the signing of an executive order. *or the Congress*

As I have proven my case I am ready to stand aside the person who is president and the chief justice of the Supreme Court and go directly to the Congress and ask that an immediate vote be taken to amend the constitution in order to provide for the equal protection of women, and thus our children, under our law.

*[signature]*

1100 Seagate Avenue #161
Neptune Beach, FL 32266
904.705.6171

# EXHIBIT(S)

# NOT

# SCANNED

**\*\*REFER TO COURT FILE\*\***